**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  | Plaintiff, |
|---|---|
| NIKE, INC. | |
| **-v-** | |
| BY KIY LLC, NICKWON ARVINGER, DAVID WEEKS, RELOADED MERCH LLC, BILL OMAR CARRASQUILLO, and XIAMEN WANDERING PLANET IMPORT | Defendant. |

Case No. 1:22-cv-10176

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

NIKE, INC.                                                (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Nike, Inc. states that it has no parent corporation and that no publicly held company owns 10 percent or more of its stock.

**Date:** 11/30/2022

/s/ Michael J. Sebba

**Signature of Attorney**

**Attorney Bar Code:**

Form Rule7_1.pdf   SDNY Web 10/2007