# Arnold&Porter

February 28, 2023

**VIA EMAIL AND ECF**

Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      **Re**:    ***Nike Inc. v. By Kiy LLC et al.*, No. 1:22-cv-10176-VM**

Dear Judge Marrero,

Plaintiff Nike, Inc. ("Nike") and Defendants Reloaded Merch LLC and Bill Omar Carrasquillo (collectively, "Reloaded/Carrasquillo") conferred pursuant to the Court's February 23, 2023 Order regarding Reloaded/Carrasquillo's 's proposed motion to dismiss [Dkt. 60]. The parties submit this joint letter notifying the Court of their respective positions.

### Nike's Position

Nike consents to the Court deeming the pre-motion letters as a fully briefed motion to dismiss and ruling on the basis of the letters. But if the Court would like additional briefing from the parties, Nike requests supplemental briefing with the following schedule:

| Brief | Deadline |
|---|---|
| Reloaded/Carrasquillo's Supplemental 3-Page Letter Brief | March 7, 2023 |
| Nike's Responsive 3-Page Letter Brief | March 14, 2023 |

### Reloaded/Carrasquillo's Position

Because a motion to dismiss is a dispositive matter under Local Rule 7.1, Reloaded/Carrasquillo request the opportunity to submit a fully briefed motion in accordance with the following schedule:

| Brief | Deadline |
|---|---|
| Reloaded/Carrasquillo's Opening Motion | March 27, 2023 |
| Nike's Opposition | April 17, 2023 |
| Reloaded/Carrasquillo's Reply | May 1, 2023 |

Reloaded/Carrasquillo objects to Nike's proposal to rely solely on the pre-motion letters, or a single supplemental three-page letter each, or Nike's proposed deadlines.

---

**Arnold&Porter**

February 28, 2023
Page 2

Best regards,

*Bridgette Gershoni*

Bridgette C. Gershoni
**Arnold & Porter Kaye Scholer LLP**

Christopher J. Renk
Michael J. Harris
Aaron P. Bowling
Michael J. Gershoni
Michael J. Sebba

Counsel for Plaintiff Nike, Inc.

Respectfully,
**Axenfeld Law Group, LLC**

/s/ *Robert R. Axenfeld*

Robert R. Axenfeld
Scott L. Baker
Daniel P. Wotherspoon

Counsel for Defendants Reloaded Merch
LLC and Bill Omar Carrasquillo

cc (via ECF):  John S. Durrant
                      Zakari A. Kurtz