**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2023
```

```
NIKE, INC.,

                        Plaintiff,

             - against -

BY KIY LLC, et al.,

                        Defendants.
```

**22 Civ. 10176 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

On February 28, 2023, plaintiff Nike, Inc. ("Plaintiff") and defendants Reloaded Merch LLC and Bill Omar Carrasquillo (collectively, the "Moving Defendants") filed a joint letter in response to the Court's February 23, 2023 Order (Dkt. No. 60), informing the Court of their respective positions on the parties' pre-motion letter exchange. (Dkt. No. 61.) The Court hereby grants the Moving Defendants' request to submit full briefing on their motion to dismiss, in accordance with their proposed schedule. The Moving Defendants' opening motion is due on or before March 27, 2023. Plaintiff's opposition is due on or before April 17, 2023. And the Moving Defendants' reply is due on or before May 1, 2023.

**SO ORDERED.**

Dated:    1 March 2023
          New York, New York

Victor Marrero
U.S.D.J.