**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:__3/7/2023__              │
└─────────────────────────────────────┘
```

NIKE, INC.,

                Plaintiff,

        - against -

BY KIY LLC, et al.,

                Defendants.

**22 Civ. 10176 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

A Complaint in the above-captioned matter was filed on November 30, 2022. (Dkt. No. 1.) Defendant and Counter-Plaintiff By Kiy LLC ("By Kiy") filed an Answer to the Complaint and Counterclaim on February 13, 2023. (Dkt. No. 53.) Plaintiff and Counter-Defendant Nike, Inc. ("Nike") filed an Answer to the Counterclaim on March 6, 2023. (Dkt. No. 63.)

Nike and By Kiy are hereby directed to submit a joint letter, within twenty (20) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case

Management Plan that provides that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.


**SO ORDERED.**

Dated:     7 March 2023
           New York, New York

                                    Victor Marrero
                                    U.S.D.J.